■ Max T. Cattieu, Respondent, v. Vernon N. Gridley, Appellant.— Case held and matter remitted to the Wayne County Court for findings in support of the judgment. (See *Mason* v. *Lory Dress Co.*, 277 App. Div. 660; *Spicer* v. *State of New York*, 285 App. Div. 862.) All concur. (Appeal from a judgment of Wayne County Court for plaintiff in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ Elva Harrington, Respondent, v. Robert Wood, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Onondaga Special Term denying defendant's motion for removal of the cause from the day calendar and that plaintiff be compelled to execute a release, and directing that the trial proceed in due course.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ Dorothea G. Hidy, as Administratrix of the Estate of George A. Hidy, Deceased, Appellant, v. State of New York, Respondent. (Claim No. 30530.) — Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ. [See *ante*, p. 644.]

■ Gustav Erbe, Jr., Individually and as Executor and Trustee under the Will of Gustav Erbe, Deceased, et al., Appellants, v. Lincoln Rochester Trust Company, Individually and as Executor and Trustee under the Will of Gustav Erbe, Deceased, et al., Respondents.— Order entered substituting Arloa B. Lattimore Baker and Wallace J. Wolf, as executors of the estate of Thomas R. Baker, deceased; changing date of filing of decision from July 13, 1956 to March 19, 1956, entering order *nunc pro tunc* as of March 19, 1956, and directing county clerk to enter judgment thereon *nunc pro tunc* as of March 19, 1956. Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Bastow, JJ.

■ In the Matter of Carthage Paper Makers, Inc., et al., Appellants, against Mutual Box Board Company et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — McCurn, P. J., Kimball, Wheeler and Williams, JJ. [See *ante*, p. 175.]

■ In the Matter of the Accounting of S. Sheldon Judson et al., as Surviving Trustees under the Will of Eliza L. Ablett, Deceased, Respondents. Central Association for the Blind, Inc., et al., Appellants; Board of Governors of the London Hospital, Respondent.— Motions for leave to appeal to the Court of Appeals granted. Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ. [See *ante*, p. 205.]

■ Gustav Erbe, Jr., et al., Individually and as Administrators C. T. A. of Frederick G. Erbe, Deceased, et al., Appellants-Respondents, v. Lincoln Rochester Trust Company et al., Respondents-Appellants.— Motion to resettle order granted and order entered July 13, 1956 amended by inserting, following the words " with ten dollars costs ", the words " without prejudice to the defendants to interpose such defenses by answer as they may be advised "; date of filing of decision changed from July 13, 1956 to May 16, 1956, order entered *nunc pro tunc* as of May 16, 1956, and county clerk directed to enter judgment thereon *nunc pro tunc* as of May 16, 1956; Arloa B. Lattimore Baker and Wallace J. Wolf, as executors of the estate of Thomas R. Baker, deceased, substituted as parties. Motion for leave to appeal to the Court of Appeals granted and questions for review certified. Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ. [See *ante*, p. 247.]